

# IN THE
## TENTH COURT OF APPEALS

### No. 10-22-00243-CR

**MICHAEL TAPIA,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 19th District Court
McLennan County, Texas
Trial Court No. 2015-74-C1**

## MEMORANDUM OPINION

Michael Tapia appeals his 2016 convictions for aggravated assault against a public servant and evading arrest or detention with a vehicle. Because Tapia's notice of appeal was due August 25, 2016, it's filing on July 25, 2022 is untimely. *See* TEX. R. APP. P. 26.2(a)(1).

We have no jurisdiction of an untimely appeal, and this appeal must be dismissed. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (no appellate jurisdiction where notice of appeal is untimely). Accordingly, this appeal is dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Appeal dismissed
Opinion delivered and filed August 3, 2022
Do not publish
[CR25]

